IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAGE M. GEDDES on behalf of
ANN MARIE GEDDES,

       JUDGMENT IN A CIVIL CASE

    Plaintiff,

       Case No. 13-cv-312-bbc

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Sage M. Geddes on behalf of Ann Marie Geddes reversing and remanding the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, under sentence four 42 U.S.C. §405(g) for further proceedings.

| s/Peter Oppeneer | 4/24/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |