IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAGE M. GEDDES, on behalf
of ANN M. GEDDES,

      JUDGMENT IN A CIVIL CASE

    Plaintiff,

      Case No. 13-cv-312-bbc

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security Administration,

    Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to Dana Duncan in the amount of $7,300.

| s/Vivian Olmo | 7/10/2014 |
|---|---|
| Vivian Olmo, Deputy Clerk | Date |